UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09
```

IDT TELECOM, INC.,

                Plaintiff,

-v-

IGPC, INC., JONATHAN MALAMUD, and
DAVID ELIEZER POPACK,

                Defendants.

No. 08 Civ. 8868 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    A status conference in the above-captioned matter is currently scheduled for November 5, 2009 at 10:00 a.m. Due to a trial-related scheduling conflict, the conference is hereby rescheduled for one hour later: November 5, 2009 at 11:00 a.m.

SO ORDERED.

Dated:      October 20, 2009
              New York, New York

                                  RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE