UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/09
```

IDT TELECOM, INC.,

                      Plaintiff,

-v-

IGPC, INC., JONATHAN MALAMUD, and
DAVID ELIEZER POPACK,

                      Defendants.

No. 08 Civ. 8868 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's October 30, 2009 letter, which requests the adjournment of the conference currently scheduled for November 5, 2009. Defendants consent to this request. Accordingly, IT IS HEREBY ORDERED THAT the November 5, 2009 conference shall be adjourned until November 12, 2009 at 11:30 a.m.

SO ORDERED.

Dated:    October 30, 2009
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE